# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| ANITA YOUNG | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-cv-00731-SOW |
| NOBEL RECOVERY SERVICES, LLC | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NOBEL RECOVERY SERVICES, LLC
c/o Legalzoom.com, Inc.
2648 W. Ball Road, Ste. 113
Anaheim, CA 92804


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Mark Meinhardt
Attorney at Law
4707 College Blvd. Ste. 100
Leawood, KS 66211


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Ann Thompson
*CLERK OF COURT*

Date: 09/10/2009

LaTandra Wheeler
*Signature of Clerk or Deputy Clerk*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Watson □ Agent □ Addressee<br>B. Received by (Printed Name): Watson   C. Date of Delivery: 11-2-09 |
| 1. Article Addressed to:<br>Nobel Recovery Services LLC<br>c/o Legalzoom.Com, Inc<br>7083 Hollywood Blvd, Ste 180<br>Los Angeles CA 90028-5902 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail  □ Express Mail<br>□ Registered  □ Return Receipt for Merchandise<br>□ Insured Mail  □ C.O.D.<br>4. Restricted Delivery? (Extra Fee) □ Yes |
| 2. Article Number (Transfer from service label) | 7009 0080 0001 8038 4095 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

Case 4:09-cv-00731-SOW   Document 3   Filed 11/09/09   Page 2 of 3

Civil Action No. 09-cv-00731-SOW

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Nobel Recovery Services, LLC
was received by me on *(date)* 09/10/2009 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Summons & Complaint by certified mail prsuant to FRCP 4 and R.S.Mo. 351.594(1) on 11/02/2009.

My fees are $ 5.71 for travel and $ 0.00 for services, for a total of $ 5.71 .

I declare under penalty of perjury that this information is true.

Date: 11/09/2009

/s/J. Mark Meinhardt
*Server's signature*

/s/J. Mark Meinhardt
*Printed name and title*

4707 College Blvd, Ste 100
Leawood, KS 66211

*Server's address*

Additional information regarding attempted service, etc: