| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Watson* ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name ) *Watson*<br>C. Date of Delivery 12-4-09 |
| 1. Article Addressed to:<br>Nobel Recovery Services, LLC<br>c/o Legalzoom.com, Inc<br>7083 Hollywood Blvd.<br>Los Angeles, CA 90028-8902<br><br>09-731-CV-W-SOW #5th | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

RECEIVED
09 DEC -8 PM 12: 33
CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

2. Article Number (Transfer from s...)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540