IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ANITA YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 09-0731-CV-W-SOW |
| | ) |
| NOBEL RECOVERY SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On December 1, 2009, this Court directed defendant Nobel Recovery Services, LLC to show cause why a default should not be entered against it by filing a written response no later than December 16, 2009. Defendant Nobel Recovery Services, LLC has failed to respond to the Court's Order.

Accordingly, it is hereby

ORDERED that plaintiff's Motion for Entry of Default Pursuant to Fed. R. Civ. P. 55(a) (Doc. #4) is granted. It is further

ORDERED that the Clerk of the Court shall make an entry of default as to defendant Nobel Recovery Services, LLC.

    /s/ Scott O. Wright
    SCOTT O. WRIGHT
    Senior United States District Judge

DATED: December 18, 2009